# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _____MELISSAS A. EVANS_____,       Case No. _____05- 73399_____
                        Debtor

                                                      Chapter _____13_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.      In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 194.00 _____ in installments.

2.      I certify that I am unable to pay the Filing Fee except in installments.

3.      I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.      I propose the following terms for the payment of the Filing Fee.*

        $ 30.00_____    Check one ☑    With the filing of the petition, or
                                        ☐    On or before _____
        $ 54.67_____    on or before _____

        $ 54.67_____    on or before _____

        $ 54.66_____    on or before _____

*       The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.      I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

/s/ Jeffry A. Dahlberg_____   07/08/05          /s/ Melissa A. Evans_____   07/08/05
Signature of Attorney                      Date       Signature of Debtor                       Date
                                                      (In a joint case, both spouses must sign.)

_____
Name of Attorney                                      _____
                                                      Signature of Joint Debtor (if any)        Date