# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MELISSA A. EVANS  
       2514 HOLMES STREET         SSN-xxx-xx-4163         Case Number: 05-73399  
       ROCKFORD, IL  61108

Case filed on: 7/7/2005  
Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,000.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | MELISSA A. EVANS | 0.00 | 0.00 | 499.73 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 499.73 | 0.00 |
| 001 | ABC CASH N GO | 412.50 | 412.50 | 412.50 | 23.23 |
| 002 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANCE CASH EXPRESS | 450.00 | 327.18 | 327.18 | 20.03 |
| 004 | AFFORDABLE CASH ADVANCE | 367.50 | 367.50 | 367.50 | 20.72 |
| 005 | ALFANO, CHARLES DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICASH LOANS LLC | 297.43 | 297.43 | 297.43 | 16.75 |
| 007 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GENERAL MOTORS ACCEPTANCE CORP | 289.96 | 289.96 | 289.96 | 16.42 |
| 009 | ADVANCE CASH EXPRESS | 450.00 | 122.82 | 122.82 | 10.81 |
| 010 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,267.39 | 1,817.39 | 1,817.39 | 107.96 |
|  | Grand Total: | 3,631.39 | 3,181.39 | 3,681.12 | 107.96 |

Total Paid Claimant:     $3,789.08  
Trustee Allowance:     $210.92  
Percent Paid Unsecured:     100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

        /s/ Lydia S. Meyer  
        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007        By  /s/Heather M. Fagan